O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-3533 AHM (RNBx) | Date | May 22, 2009 |
|---|---|---|---|
| Title | FEDERAL TRADE COMMISSION v. AMERICAN VETERANS RELIEF FOUNDATION, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Federal Trade Commission ("FTC") has filed a proposed consent judgment pursuant to 15 U.S.C. § 57b, among other statutes. Section 57b(c)(2) of Title 15 provides that

> The court shall cause notice of an action under this section to be given in a manner which is reasonably calculated, under all of the circumstances, to apprise the persons, partnerships, and corporations allegedly injured by the defendant's rule violation or act or practice of the pendency of such action. Such notice may, in the discretion of the court, be given by publication.

The Court ORDERS the FTC to set forth its position regarding whether this provision is applicable to this action, and if so why no notification provision was included in its proposed Final Judgment and Order for Permanent Injunction. The FTC must file its position on or before May 28, 2009.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |